IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-7-BO-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | O R D E R |
| HEATHER HOLMES | ) | |

This matter is before the Court on a motion by counsel for co-defendant Michael Anthony Mitchell for access to sealed materials in this case, namely defendant's plea agreement, draft presentence report, final presentence report, statement of reasons, and perhaps other documents. The government has not taken a position on the motion, and counsel for defendant Heather Holmes requested that counsel for Mitchell seek permission from the court.

Having failed to show good cause for access to the above referenced materials, the motion by co-defendant Mitchell [DE 106] is DENIED.

SO ORDERED, this ___ day of March, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE